UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DAVID LEE SCHAIN, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANK J. BISIGNANO, )<br>*Commissioner of Social Security* )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 2:24-CV-36-BM |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on Plaintiff's brief and Commissioner of Social Security's response.**

**IT IS ORDERED, ADJUDGED AND DECREED**:
The court denies Plaintiff's brief [DE-12], allows Defendant's brief [DE-14], and AFFIRMS the final decision of the Commissioner.

This Judgment Filed and Entered on September 23, 2025 with service on:
Russell R. Bowling (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Thomas Zimarowski (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Carson Pendergrass
(By): Carson Pendergrass, Deputy Clerk